IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF TENNESSEE
__3rd__ DIVISION

__LaDanus Q Nelson__ Name

Prison Id. No. __484698__

_____ Name

Prison Id. No. _____

Plaintiff(s)

v.

__Core Civic / Corrections Corporation of America__ Name

_____ Name

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

   ☐ Yes   ☑ No

   B. If you checked the box marked "Yes" above, provide the following information:

      1. Parties to the previous lawsuit:

         Plaintiffs __N/A__

         Defendants __N/A__

2. In what court did you file the previous lawsuit? __N/A__

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __N/A__

4. What was the Judge's name to whom the case was assigned? __N/A__

5. When did you file the previous lawsuit? __N/A__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __N/A__

7. When was the previous lawsuit decided by the court? __N/A__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes    ☒ No

   **(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? __Core Civic / Corrections Coropstation of America 5115 harding Place Neshville, TN 37211__

   B. Are the facts of your lawsuit related to your present confinement?

      ☒ Yes    ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☒ Yes    ☐ No

   If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☑ Yes  ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? Incident Reports, informal /Grievance; Sick Calls / Medical Records /, Inmate Requests

2. What was the response of prison authorities? That I was suppose to be seen immediately by Medical; to keep going thru the process

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☐ Yes  ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☐ Yes  ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? _____

2. What was the response of the authorities who run the detention facility? _____

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III. PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: LeDarius Q Nelson

Prison Id. No. of the first plaintiff: 484698

Address of the first plaintiff: 5115 harding place Nashville, TN 37211

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: _____

   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: Core Civic / Corrections Coraporation of America

      Place of employment of the first defendant: Core Civic / Corrections Coraporation of America

      The first defendant's address: 5115 harding place Nashville, TN 37211

      Named in official capacity?     ☑ Yes     ☐ No
      Named in individual capacity"   ☑ Yes     ☐ No

   2. Name of the second defendant: _____

      Place of employment of the second defendant: _____

      The second defendant's address: _____

      Named in official capacity?     ☐ Yes     ☐ No
      Named in individual capacity"   ☐ Yes     ☐ No

   If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

On the date of Sept 6, 2017 Wednesday at approx 9:35 - 10:15. I 'm LaDarius Q Nelson # aca (484698) was being transported to court by CC officer Thomas and CC officer Aldridge. Once being Shackled I was lifted into the wheelchair handicap van, Because I am Completely Paralyzed. CC officer Thomas Buckled / Strapped me in to the Safety Belts, but they were not Secure Completely. Upon us leaving Core Civic CC officer Thomas and CC officer Aldridge Stopped to get the handicap van examined, and the Sudden stop forced my wheelchair to flip Backwards with me in it. Which caused my knees to hit me directly in the head and fly dead smack into the Back of the van. Thats when CC officer Thomas got out ran around and proceeded to get me off the van floor, which took several minutes. Since I had been having Severe Back / Spine Neck pains. They took me directly to court without any Medical Attention.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. $250,000 - $500,000 for my Pain / injury caused
B. Better Transportation for others paralyzed in the Future
C. To have the Remainder of my sentence suspended
D. All Fees Taking Care of
E. _____
F. I request a jury trial.  ☒ Yes   ☐ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _LaDarius Nelson_ Date: _9/21/17_

Prison Id. No. _484698_

Address: _6115 Harding Place Nashville TN 37211_

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

LaDarius Q Nelson
#oca484698
5115 Hardings Place
Nashville, TN
37211

NON CENSORED MAIL
CORE CIVIC INMATE

FOREVER USA
Barn Swallow

801 Broadway
Suite 800
Nashville, TN
37203

RECEIVED
IN CLERK'S OFFICE
SEP 2 8 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

37203333659 C019